IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREJS NIKITJUKS | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 09-3901 |
| | : | |
| STOLT-NIELSON, S.A. | : | |

**ORDER**

AND NOW, this 6th day of October, 2009, Plaintiff having filed a Motion for Remand (Doc. No. 8), it is ORDERED that the Initial Pretrial Conference scheduled for October 7, 2009, at 4:30 p.m. is CANCELLED.

BY THE COURT:


/s/ *R. Barclay Surrick*
U.S. District Judge