IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREJS NIKITJUKS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-3901 |
| STOLT-NIELSEN, S.A. ET AL. | : | |

**SURRICK, J.**                                                                              **OCTOBER   28  , 2010**

# **O R D E R**

**AND NOW**, this  28th  day of  October , 2010, upon consideration of Plaintiff's Motion to Remand (ECF No. 8), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that this case is **REMANDED** to the Court of Common Pleas Philadelphia County. The Clerk is directed to mark this case **CLOSED.**

**IT IS SO ORDERED.**

BY THE COURT:

*/s/*

**R. BARCLAY SURRICK, J.**